File Hashes for IP Address 108.253.150.224

**ISP:** AT&T Internet Services
**Physical Location:** Shingle Springs, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/26/2015 04:10:45 | 54880FE701AD5C7E9259D927AA174DDB30E28B85 | Paint Me White |
| 09/20/2015 18:08:06 | 86885B124BB86A5B3479A9778E00F422D9AB4303 | Shes A Spinner |
| 09/20/2015 16:44:45 | 7E2A7CE7A8A403AB9F9AF566EC35D2C465684FC1 | Chloe Loves Carl Part 2 |
| 09/20/2015 16:41:19 | BA520353294B63286016D681522CA0713F431B27 | Lisas Hidden Cam |
| 09/20/2015 16:41:13 | B09E953CD55DF9E05D0FE5BBF09B9F63CE4C2A15 | For Your Eyes Only |
| 09/20/2015 04:49:29 | 53C0560968AB817E6EA16C77416664648A99CB2A | Sexy En Noir |
| 09/20/2015 04:48:40 | DCD2962EF8E1125DA0C02F82DCF57309DB3A91C4 | Bedtime Hijinks |
| 07/26/2015 22:13:55 | FF91D97C66277D931D69FFB676D620ACB21AB1D5 | Positively In Love |
| 07/03/2015 21:18:29 | 0A058CF2972DD2532C1A6F8264FC6D3D8B825FF4 | Rub Me The Right Way |
| 04/12/2015 19:05:08 | 9FAB6C0686A8F9B8F2E580B7B3A290523058A4EA | Dancing Romance |
| 04/12/2015 18:57:06 | 63C45A198A680C129EAAAC90281F77A3DFE28ECA | Enjoy My Backdoor |
| 03/03/2015 04:10:26 | C40E78AF1D40A03BE6149CAB439B040B19FF6217 | Light My Fire |
| 03/03/2015 03:08:49 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 03/03/2015 01:57:48 | 15590790F10C6912A66273FF9F29D1F66AA12CD7 | East Meets West |
| 03/03/2015 01:11:54 | 22B1617676D5D76F497A384A4D3D26CCC9EDC285 | So Young |
| 03/03/2015 01:10:35 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 03/03/2015 01:10:27 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |
| 01/30/2015 20:37:15 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |
| 01/30/2015 20:35:05 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 01/30/2015 20:34:34 | BC6913AC12527828841169B894D4B3E625591672 | Good Night Kiss |
| 01/30/2015 20:31:39 | D766E56FE53D252B7BB9D1968F8DD6E8855842FA | Strawberry Morning |
| 01/25/2015 03:22:40 | 0B17C5D78E3337FFFBE9F527F6339CEE0C5449CA | Lovers Way |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/04/2015 22:13:24 | E494F6A40D91FD7EB6A8F340B334E256BF073B1B | Yours Forever |
| 12/13/2014 17:31:01 | CCE38D28AA241EAA1A4711F118526511E4899AC5 | Serving Seduction |
| 12/12/2014 01:35:28 | A679AAE33A124F4437C2FD57A2354F6C1E94CD37 | Soul Mates |
| 12/09/2014 03:22:04 | D7B1EB5F911B20F8CAEC3034E51AF6C2800982C8 | Model Couple |
| 12/08/2014 23:49:19 | C935CDB6C7834686D7A73A97E3212CEC062D74A6 | Summertime |
| 12/08/2014 19:42:24 | 3592BA1AD045251B3893035092370C7AF65ECF15 | Lovers Quarrel |
| 12/08/2014 05:16:56 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy |
| 12/08/2014 03:39:17 | F7C0AF33F1A30D6B3F9B6FBA0FE782AB4A10228D | Morning Meditation |
| 12/08/2014 02:53:54 | C527F2A1A02D1E95207E9341B304D9D4B74F5AC3 | Spur Of The Moment |
| 10/29/2014 15:38:36 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 10/16/2014 05:30:27 | DA393152CDD6EC6C75F60E463CEA3C2C0C23FB13 | Cat Fight |
| 10/03/2014 01:49:19 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 10/03/2014 00:49:55 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 10/03/2014 00:42:47 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 08/21/2014 19:34:34 | 128ECDECB063D9E199EA72BB5AAD150DACBBF72D | Angelica means Angel |
| 08/13/2014 21:54:39 | 606F4C231A7DB51A05C2F63953192DC03F7A302A | Thunderstorm Love |
| 08/08/2014 06:12:03 | 8D2C71BBCC526E214853EB335EDBBDE2AF85FCDF | In for the Night |
| 08/08/2014 05:59:47 | 2E6BD2E759CDE5E91A90C90442EA66B0CFE65E7F | California Dreams |
| 06/16/2014 03:33:26 | 10F0666728F6D76ACD554F7E5647FD460DE8B7D3 | Slippery Sensations |
| 06/08/2014 19:51:38 | 7ABED412138D7059D8987C376AB09B04D47AC3A0 | Sweet Dreamers |
| 06/07/2014 00:39:55 | 8EBF822A8B2F2B775D2C97D9360CBB13A22020AC | Sex With Glasses |
| 06/07/2014 00:39:36 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 06/04/2014 05:04:00 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 06/04/2014 05:00:39 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 06/04/2014 04:54:30 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |

EXHIBIT A

ECA31

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/04/2014 04:50:55 | 66240EA4FE9970A3BE7B99E9A97EE10D833DF60F | Hot Orgasm |
| 05/18/2014 03:25:42 | C37067A5F4E764B5A1A54883186B3865763AC4D2 | Yoga Master and Student |
| 05/18/2014 03:03:08 | 2C396EC0DC6AA83993269A640A766BE2ED0BC62E | Fascination With My Body |
| 04/27/2014 22:04:48 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 04/27/2014 21:41:08 | 8619A6088CFB55AACFD01D55DC3E5E1520CF858A | Surprise Surprise |
| 04/01/2014 01:27:52 | 682575B3B625CA6B47485CCA605C404ABE372B72 | I Am In the Mood |
| 04/01/2014 01:17:23 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 04/01/2014 01:02:25 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |

**Total Statutory Claims Against Defendant: 55**

EXHIBIT A

ECA31