IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Civil Action No. 2:15-cv-02705-MCE-KJN

JOHN DOE, subscriber assigned IP address
108.253.150.224,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 108.253.150.224. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 29, 2016

1

Respectfully submitted,

By:    /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum
Heit Erlbaum, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
Phone: 855-231-9868
Email:  brenna.erlbaum@helaw.attorney
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March__, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum